**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.                                    NO.  4:13CR00240-001  SWW

YOLANDA HIEBERT                                                                        DEFENDANT

**ORDER**

The above entitled cause came on for hearing September 24, 2014 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas.  Based upon the admissions of the defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke [doc #3] is *granted* the supervised release previously granted this defendant is hereby *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *EIGHTEEN (18) MONTHS* in the custody of the Bureau of Prisons.  The Court recommends that defendant be incarcerated as close as possible to Dermott, Arkansas (Southeast Arkansas) to be close to her son.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

DATED this 25th day of September 2014.

/s/Susan Webber Wright
United States District Judge